FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00427-CV

Chris Noel **CARLIN**,
Appellant

v.

**BEXAR COUNTY**, Bexar County Judge Nelson W. Wolff, Judge Ron Rangel, and Judge Rosie Alvarado,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI10840
Honorable Tina Torres, Judge Presiding

## O R D E R

On December 5, 2022, appellee filed a motion requesting an extension of time to file appellee's brief. The motion was opposed.[1] Appellee's motion is GRANTED. Appellee's brief is due **no later than February 6, 2023**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

---

[1] *But see* The Texas Lawyer's Creed–A Mandate for Professionalism, *reprinted in* TEXAS RULES OF COURT 865, at ¶ III.6 (West 2012).  ("I will agree to reasonable requests for extensions of time . . .").